AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Southern District of Florida | |
|---|---|---|---|
| Name *(under which you were convicted)*:<br>Marjorie Robinson | | | Docket or Case No.:<br>1:18-cr-20554-KMM-1 |
| Place of Confinement:<br>FMC Carswell | | Prisoner No.:<br>17589-104 | |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* | |
| | V. | Marjorie Robinson | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    U.S. District Court for the Southern District of Florida

    (b) Criminal docket or case number (if you know):  1:18-cr-20554-KMM-1

2. (a) Date of the judgment of conviction (if you know):  11/29/2018

    (b) Date of sentencing:  11/29/2018

3. Length of sentence:  78 months

4. Nature of crime (all counts):

    18 U.S.C. § 1349 Conspiracy to commit health care fraud

5. (a) What was your plea?  (Check one)

    (1)  Not guilty ☐        (2)  Guilty ☑        (3)  Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have?  (Check one)        Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☐

AO 243 (Rev. 09/17)

8.   Did you appeal from the judgment of conviction?        Yes [✔]           No [ ]

9.   If you did appeal, answer the following:

    (a)  Name of court:  U.S. Court of Appeals for the Eleventh Circuit

    (b)  Docket or case number (if you know):  18-15313-G

    (c)  Result:  Dismissed

    (d)  Date of result (if you know):  2/12/2019

    (e)  Citation to the case (if you know):

    (f)  Grounds raised:

    (g)  Did you file a petition for certiorari in the United States Supreme Court?        Yes [ ]        No [✔]

        If "Yes," answer the following:

        (1)  Docket or case number (if you know):

        (2)  Result:

        (3)  Date of result (if you know):

        (4)  Citation to the case (if you know):

        (5)  Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

    Yes [ ]    No [✔]

11.  If your answer to Question 10 was "Yes," give the following information:

    (a)  (1)  Name of court:

        (2)  Docket or case number (if you know):

        (3)  Date of filing (if you know):

AO 243 (Rev. 09/17)

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐          No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☐

(2)   Second petition:      Yes ☐        No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**  Counsel was ineffective for failing to advise client of unilaterla right to withdraw guilty plea prior to district court acceptance and client would have withdrawn guilty plea but for IAC

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Counsel was ineffective for failing to advise Robinson of her unilateral right to withdraw her guilty plea for any reason or no reason at all prior to the district court accepting it. Robinson expressed desire to undo her guilty plea decision from the same day that she pleaded guilty. Robinson expressed this sentiment to multiple friends at the time in the days after her guilty plea. Robinson mistakenly believed that she could not withdraw her guilty plea after the magistrate judge initially presided over the plea colloquy.

Had Robinson been advised of her unilateral right to withdraw the guilty plea there is a reasonable probability that she would have withdrawn her guilty plea prior to the district court accepting it.

Also, see attached declarations and memorandum of law in support.

(b)  **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are more appropriately reserved for collateral review.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐         No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐         No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:

**GROUND TWO:** Counsel was ineffective for failing to obtain a continuance. There is a reasonable probability that but for counsel's ineffectiveness a trial continuance would have been granted and Robinson goes to trial.

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Counsel did not properly seek a continuance based on a written motion which would show good cause to warrant a continuance. Counsel should have properly sought a continuance based on specific declarations about the inability to properly prepare for trial which were available. Had counsel properly sought a continuance it would have been granted and Robinson would not have pleaded guilty.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐         No ☑

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are more appropriately reserved for collateral review.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

---

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

---

(b)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

---

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

---

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

AO 243 (Rev. 09/17)

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which
       ground or grounds have not been presented, and state your reasons for not presenting them:

Grounds 1-2. Claims of ineffective assistance of counsel are more appropriately reserved for collateral review.

_____

AO 243 (Rev. 09/17)

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the
you are challenging?      Yes ☐      No ✔

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
issues raised.

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the
judgment you are challenging:

(a)  At the preliminary hearing:
Attorney Robert Nicholson 707 N.E. Third Avenue, Ste. 301, Ft. Lauderdal, FL 3304

(b)  At the arraignment and plea:
Attorney Robert Nicholson, Attorney Peter Del Toro, Attorney Richard Allen

(c)  At the trial:

(d)  At sentencing:
Robert N. Nicholson

(e)  On appeal:

(f)  In any post-conviction proceeding:

(g)  On appeal from any ruling against you in a post-conviction proceeding:

16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
and at the same time?      Yes ☐      No ✔

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
challenging?      Yes ☐      No ✔

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b)  Give the date the other sentence was imposed:

(c)  Give the length of the other sentence:

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
sentence to be served in the future?      Yes ☐      No ☐

AO 243 (Rev. 09/17)

18.     TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
        why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

        Robinson timely filed a notice of appeal on December 21, 2018. Robinson's direct appeal was dismissed by the
        Eleventh Circuit on February 12, 2019. The current 2255 motion is filed within one year of the dismissal of
        Robinson's direct appeal making it timely.

_____

        * The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
        paragraph 6, provides in part that:
             A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
             from the latest of –
                  (1)   the date on which the judgment of conviction became final;
                  (2)   the date on which the impediment to making a motion created by governmental action in violation of
                  the Constitution or laws of the United States is removed, if the movant was prevented from making such a
                  motion by such governmental action;
                  (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
                  been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
                  review; or
                  (4)   the date on which the facts supporting the claim or claims presented could have been discovered
                  through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Vacate judgment and guilty plea and grant all other 2255 relief

_____

or any other relief to which movant may be entitled.


                                                              /s/ Zachary Newland
                                        _____
                                             Signature of Attorney (if any)

                                             /s/ Benson Weintraub

                                                   Local Counsel

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .
                                                                            (month, date, year)



Executed (signed) on _____ (date)



                                        _____
                                             Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.